IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                                             CAUSE NO.: 1:11CR114-SA

JAMES WILLIAM SMITH                                                DEFENDANT

ORDER ON RECONSIDERATION

Defendant James William Smith has filed a Motion for Reconsideration of the Order denying his request to modify the special conditions of his supervised release. After reviewing the Motion, the Court finds that the Defendant raised no new arguments, and the Court sufficiently considered and handled Defendant's arguments in the prior Order [151].

Accordingly, the Motion for Reconsideration [152] is DENIED.

SO ORDERED, this the 4th day of December, 2015.

                                                /s/ Sharion Aycock
                                                **U.S. DISTRICT JUDGE**